

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-14-00562-CV

Jesus **DE LOS SANTOS**, Jr., Individually and as Representative of the Estate of Jesus Francisco
De Los Santos, Deceased, and Juan De Los Santos, Individually,
Appellants

v.

**FORD MOTOR COMPANY**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[1]
Patricia O. Alvarez, Justice[2]
Luz Elena D. Chapa, Justice[3]
Jason Pulliam, Justice

The court has considered the appellants' motion for en banc reconsideration, and the motion is DENIED.

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response. *See* Tex. R. App. P. 49.2.

[2] Dissents to the denial of the motion for en banc reconsideration without requesting a response. *See* Tex. R. App. P. 49.2.

[3] Dissents to the denial of the motion for en banc reconsideration without requesting a response. *See* Tex. R. App. P. 49.2.

_____

Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2015.



_____

Keith E. Hottle
Clerk of Court